IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



Michelle Bourdelais,

    Plaintiff,

v.

Northrop Grumman Systems Corporation, et al.,

    Defendants.

Civil Action No. 3:11-cv-00276-REP

## AGREED ORDER

CAME NOW Defendant Northrop Grumman Systems Corporation ("Northrop Grumman"), by counsel, upon its Motion for Extension of Time to Respond to the Complaint.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Michelle Bourdelais and Northrop Grumman, it is hereby,

ORDERED, ADJUDGED and DECREED that Northrop Grumman's Motion for an Extension of Time to Respond to the Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Northrop Grumman shall be GRANTED an extension of time until on or before August 3, 2011 to respond to the Complaint filed by [handwritten: file its Answer and any other motion with respect to] Michelle Bourdelais.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this ___ day of July, 2011

        /s/ _____
United States District Court Judge

2

DB1/ 67645509.1

## CERTIFICATE OF SERVICE

Amanda C. Dupree, an attorney, hereby certifies that on July 14, 2011, she caused true and correct copies of the foregoing consent order to be served by U.S. Mail, first-class, postage-prepaid, on the following attorneys of record in this matter:

>Christopher Colt North
>751-A Thimble Shoals Blvd.
>Newport News, VA 23606
>
>Leonard Anthony Bennett
>Consumer Litigation Assoc PC
>12515 Warwick Blvd
>Suite 100
>Newport News, VA 23606

Amanda C. Dupree (VA Bar #78453)
adupree@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Michelle Bourdelais,

    Plaintiff,

v.

Northrop Grumman Systems Corporation, et al.,

    Defendants.

Civil Action No. 3:11-cv-00276-REP

## AGREED ORDER

CAME NOW Defendant Northrop Grumman Systems Corporation ("Northrop Grumman"), by counsel, upon its Motion for Extension of Time to Respond to the Complaint.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Michelle Bourdelais and Northrop Grumman, it is hereby,

ORDERED, ADJUDGED and DECREED that Northrop Grumman's Motion for an Extension of Time to Respond to the Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Northrop Grumman shall be GRANTED an extension of time until on or before August 3, 2011 to [file its Answer and any other motion with respect to] respond to the Complaint filed by Michelle Bourdelais. /REP/

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 19th day of July, 2011

_____/s/_____ /REP/
United States District Court Judge

WE ASK FOR THIS:

_/s/ Christopher Colt North_

Christopher Colt North, Bar No. 16955
cnorthlaw@aol.com
751-A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873-1010

Leonard Anthony Bennett, Bar No. 37523
lenbennett@cox.net
Consumer Litigation Assoc PC
12515 Warwick Blvd
Suite 100
Newport News, VA 23606
757-930-3660
Fax: 757-930-3662

Attorneys for Plaintiff Michelle Bourdelais

_/s/_

James J. Kelley II, Bar No. 13869
jkelley@morganlewis.com
Karen E. Gray, Bar No. 47747
kgray@morganlewis.com
Amanda C. Dupree, Bar No. 78453
adupree@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Attorneys for Defendant Northrop Grumman Systems Corporation.

## CERTIFICATE OF SERVICE

Amanda C. Dupree, an attorney, hereby certifies that on July 14, 2011, she caused true and correct copies of the foregoing consent order to be served by U.S. Mail, first-class, postage-prepaid, on the following attorneys of record in this matter:

>Christopher Colt North
>751-A Thimble Shoals Blvd.
>Newport News, VA 23606
>
>Leonard Anthony Bennett
>Consumer Litigation Assoc PC
>12515 Warwick Blvd
>Suite 100
>Newport News, VA 23606

Amanda C. Dupree (VA Bar #78453)
adupree@morganlewis.com
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    202.739.3000
Facsimile:    202.739.3001